1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  MOHAMED E. LASHEEN,

13              Plaintiff,              CIV. S-01-0227-LKK-PAN

14        v.

15  THE LOOMIS COMPANY, et al.,                    ORDER

16              Defendants.
    _____/

17

18        This matter was referred to the Honorable Peter A.

19  Nowinski, United States Magistrate Judge, pursuant to 28 U.S.C.

20  §§ 636, et seq., and Local Rule 72-302.  On April 7, 2005, Judge

21  Nowinski recommended that defendants' motion re lack of standing

22  be denied.  No objections to the findings and recommendation have

23  been filed.

24        The court has reviewed the file and finds the findings

25  and recommendations to be supported by the record and by the

26  ////

magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

      1.  The Findings and Recommendations filed April 7, 2005, are adopted in full; and

      2.  El-Badry is the duly appointed administrator of Lasheen's estate.

DATED:  August 11, 2005.

                       /s/Lawrence K. Karlton
                       UNITED STATES DISTRICT JUDGE