1  EMARD, DANOFF, PORT & TAMULSKI, LLP
   James J. Tamulski (State Bar #64880)
2  Kevin Odell (State Bar #154570)
   49 Stevenson Street, Suite 400
3  San Francisco, CA 94105
   Telephone:  (415) 227-9455
4  Facsimile:  (415) 227-4255
   E-Mail:  jtamulski@edptlaw.com
5           kodell@edptlaw.com

6  Attorneys for Defendants
   EMBASSY OF THE ARAB REPUBLIC
7  OF EGYPT; ARAB REPUBLIC OF EGYPT;
   and CULTURAL EDUCATIONAL BUREAU

8

9                      UNITED STATES DISTRICT COURT

10                    EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  MOHAMED E. LASHEEN, | No.: CIV S-01-0227 LKK (PAN) |
| 13           Plaintiff, | **ORDER AUTHORIZING WITHDRAWAL OF COUNSEL** |
| 14    vs. | Date: November 7, 2005 |
| 15  THE LOOMIS COMPANY; EMBASSY OF THE ARAB REPUBLIC OF EGYPT; | Time: 10:00 a.m. |
| 16  THE ARAB REPUBLIC OF EGYPT; CULTURAL AND EDUCATIONAL | Dept.: Courtroom 4 |
| 17  BUREAU; UNITED PAYORS & UNITED PROVIDERS; and BCE EMERGIS, | |
| 18           Defendants. | |

21       On this date the motion of Emard, Danoff, Port & Tamulski, LLP to withdraw as counsel

22  of record for defendants Embassy of the Arab Republic of Egypt, the Arab Republic of Egypt,

23  and Cultural Educational Bureau, came on for hearing.  Notice was given of this motion to all

24  parties and specifically to the defendants which had been represented by Emard, Danoff, Port

25  & Tamulski, LLP.  Having reviewed the motion, the relevant arguments and authorities, the

26  Court believes that the motion is proper.  Therefore,

27  ////

28

- 1 -

[PROPOSED] ORDER AUTHORIZING WITHDRAWAL OF COUNSEL
Case No. CIV S-01-0227 LKK (PAN)
C:\windows\temp\notes4BF954\Withdraw Order.doc

IT IS HEREBY ORDERED THAT:

1. Emard, Danoff, Port & Tamulski, LLP may withdraw as counsel of record in this matter.

2. Within 10 days of this order, Emard, Danoff, Port & Tamulski LLP shall return all files and documents related to this case to the Embassy of the Arab Republic of Egypt.

3. Emard, Danoff, Port & Tamulski LLP shall served notice on all parties, including Embassy of the Arab Republic of Egypt, the Arab Republic of Egypt, and Cultural Educational Bureau that the Court has scheduled a further Status Conference for December 19, 2005 at 2:30 p.m. in Courtroom 4 of this Court.

4. Emard, Danoff, Port & Tamulski, LLP shall inform the Embassy of the Arab Republic of Egypt, the Arab Republic of Egypt, and Cultural Educational Bureau that because they are entities rather than individuals, they must have counsel appear on their behalf at the Status Conference on December 19, 2005.

5. Emard, Danoff, Port & Tamulski, LLP shall inform the Embassy of the Arab Republic of Egypt, the Arab Republic of Egypt, and Cultural Educational Bureau that if they fail to appear for the Status Conference on December 19, 2005, the Court will strike the answer to complaint filed on their behalf after which Plaintiff may take default.

6. As of this date no further notices, papers or pleadings may be served upon Emard, Danoff, Port & Tamulski, LLP on behalf of any of the following defendants: Embassy of the Arab Republic of Egypt, the Arab Republic of Egypt, and Cultural Educational Bureau.

7. As of this date service of notice of this order and all further notices, papers or pleadings may be served on Dr. Ahmed Elkhashab, Embassy of Egypt, Cultural and Educational Bureau, 1303 New Hampshire Avenue, N.W. Washington, DC 20036, telephone (202) 296-3888.

IT IS SO ORDERED.

Dated: November 7, 2005            /s/Lawrence K. Karlton
                                   Lawrence K. Karlton
                                   Senior Judge

EMARD, DANOFF, PORT
& TAMULSKI, LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -

[PROPOSED] ORDER AUTHORIZING WITHDRAWAL OF COUNSEL
Case No. CIV S-01-0227 LKK (PAN)
C:\windows\temp\notes4BF954\Withdraw Order.doc