John S. Pierce (074908)
Kathleen E. Dyer (227216)
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2200
Telephone:  (415) 434-2800
Facsimile:   (415) 434-2533

Attorneys for Defendant/Cross-Claimant
THE LOOMIS COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED E. LASHEEN, | Case No:  CIV.S 01-0227 LKK PAN |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING DATE ON DEFENDANT THE LOOMIS COMPANY'S MOTION TO COMPEL PLAINTIFF'S FURTHER RESPONSES TO DISCOVERY** |
| v. | |
| THE LOOMIS COMPANY; EMBASSY OF THE ARAB REPUBLIC OF EGYPT; THE ARAB REPUBLIC OF EGYPT; CULTURAL AND EDUCATIONAL BUREAU; UNITED PAYORS & UNITED PROVIDERS; and BCE EMERGIS, | Current Hearing Date:    December 14, 2005 |
| | Proposed Hearing Date:  February 1, 2006 |
| Defendants. | |
| THE LOOMIS COMPANY, | |
| Cross-Claimant, | |
| v. | |
| THE EMBASSY OF THE ARAB REPUBLIC OF EGYPT; THE ARAB REPUBLIC OF EGYPT; THE CULTURAL AND EDUCATIONAL BUREAU; and DOES 1 through 15, inclusive, | |
| Cross-Defendant. | |

G:\DOCS\NOW\DNOW1\PROPOSED ORDERS\lasheen.continue motion to compel.pdf.doc

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800

STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO COMPEL DISCOVERY
(Case No. CIV.S 01-0227 LLK PAN)

PDF created with pdfFactory trial version www.pdffactory.com

1  Plaintiff Mohamed E. Lasheen ("Plaintiff"), together with Defendant The Loomis Company

2  ("Loomis"), by and through their counsel of record, hereby stipulate to the following:

3  1. Plaintiff has requested to further meet and confer regarding the discovery requests, responses,

4  and issues raised in Loomis' motion to compel Plaintiff's further responses to discovery.

5  Defendant Loomis has agreed to further meet and confer.  Having notified the Court of the

6  parties' mutual agreement to further meet and confer, the parties hereby agree and stipulate to a

7  continuance of the hearing on Loomis' motion to compel discovery to February 1, 2006 at 9:00

8  a.m.

9  2. After further meeting and conferring, the parties will inform the court whether the issues related

10  to Loomis' motion to compel discovery have been resolved in whole or in part before the

11  proposed February 1, 2006 hearing date on Loomis' motion.

12  **IT IS SO STIPULATED.**

13

14  Dated:  December 12, 2005                    BARGER & WOLEN LLP

15

16                                                            By: _____
17                                                            JOHN S. PIERCE
                                                              KATHLEEN E. DYER
18                                                            Attorneys for Defendant
                                                              THE LOOMIS COMPANY
19

20  Dated:  December 12, 2005                    ANDRUS & ASSOCIATES

21

22

23                                                            By: _____
                                                              RANDY M. ANDRUS
24                                                            Attorney for Plaintiff,
                                                              MOHAMED E. LASHEEN
25

26                                      **O R D E R**

27  On the Stipulation of the parties, and good cause appearing, it is Ordered that the hearing on

28

-2-

STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO COMPEL DISCOVERY
(Case No. CIV.S 01-0227 LLK PAN)

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800

PDF created with pdfFactory trial version www.pdffactory.com

1  Loomis' motion to compel discovery will be held on Wednesday, February 1, 2006, at 9:00
2  a.m.

3
4  Dated:      December 12, 2005.

          /s/ Peter A. Nowinski
          PETER A. NOWINSKI
          Magistrate Judge

-3-
STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO COMPEL DISCOVERY
(Case No. CIV.S 01-0227 LLK PAN)

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**BARGER & WOLEN** LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

PDF created with pdfFactory trial version www.pdffactory.com