UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MOHAMED LASHEEN,

        Plaintiff,

   v.

THE LOOMIS COMPANY, et al.,

        Defendants.

                         NO. CIV. S-01-227 LKK/PAN

                         O R D E R

    The court is in receipt of the "special motion regarding lack of jurisdiction" filed by The Loomis Company.  The court has reviewed the motion and the opposition, both of which contain additional facts which are not contained in the pleadings or in the court's previous determination of undisputed facts found in the July 2003 order.  As that order made clear, it is not possible to resolve the question of application of ERISA (and thereby subject matter jurisdiction) based on the pleadings alone and thus in order to consider the information provided in the briefs the court must treat the "special motion" as one for summary judgment.  See Fed. R. Civ. P. 12(b).

1

1    Hence, in order to properly resolve the question the court
2 hereby ORDERS The Loomis Company to resubmit the motion with a
3 Statement of Undisputed Facts as set out in Local Rule 56-260.
4 This matter shall be SET for hearing on the court's February 27,
5 2006 law and motion calendar beginning at 10:00 a.m. in
6 Courtroom 4.  The briefing schedule shall follow that set out in
7 Local Rule 78-230.[1]

8    IT IS SO ORDERED.

9    DATED:  January 9, 2006.

10                                /s/Lawrence K. Karlton
                                  LAWRENCE K. KARLTON
11                                SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT

---

[1] Though any cross-motion shall be filed by the same date in the interest of time efficiency.

2