John S. Pierce (074908)
Kathleen E. Dyer (227216)
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2200
Telephone:  (415) 434-2800
Facsimile:   (415) 434-2533

Attorneys for Defendant/Cross-Claimant
THE LOOMIS COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED E. LASHEEN, | Case No:  CIV.S 01-0227 LKK PAN |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING DATE ON DEFENDANT THE LOOMIS COMPANY'S MOTION TO COMPEL PLAINTIFF'S FURTHER RESPONSES TO DISCOVERY** |
| v. | |
| THE LOOMIS COMPANY; EMBASSY OF THE ARAB REPUBLIC OF EGYPT; THE ARAB REPUBLIC OF EGYPT; CULTURAL AND EDUCATIONAL BUREAU; UNITED PAYORS & UNITED PROVIDERS; and BCE EMERGIS, | Current Hearing Date:   February 1, 2006<br><br>Proposed Hearing Date:   March 8, 2006 |
| Defendants. | |
| THE LOOMIS COMPANY, | |
| Cross-Claimant, | |
| v. | |
| THE EMBASSY OF THE ARAB REPUBLIC OF EGYPT; THE ARAB REPUBLIC OF EGYPT; THE CULTURAL AND EDUCATIONAL BUREAU; and DOES 1 through 15, inclusive, | |
| Cross-Defendant. | |

G:\DOCS\NOW\CM ECF Folder\Kathy\lasheen v. loomis.cont hrg to 2-8.doc

650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800

STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO COMPEL DISCOVERY
(Case No. CIV.S 01-0227 LLK PAN)

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff Mohamed E. Lasheen ("Plaintiff"), together with Defendant The Loomis Company ("Loomis"), by and through their counsel of record, hereby stipulate to the following:

1. Having notified the Court of the parties' mutual agreement to further meet and confer regarding Plaintiff's responses to Loomis' requests for discovery, the parties hereby agree and stipulate to a continuance of the hearing on Loomis' motion to compel discovery to March 8, 2006 at 9:00 a.m.

2. After further meeting and conferring, the parties will inform the court whether the issues related to Loomis' motion to compel discovery have been resolved in whole or in part before the proposed March 8, 2006 hearing date on Loomis' motion.

**IT IS SO STIPULATED.**

Dated: January 26, 2006                BARGER & WOLEN LLP

By:   /s/ Kathleen E. Dyer
      JOHN S. PIERCE
      KATHLEEN E. DYER
      Attorneys for Defendant
      THE LOOMIS COMPANY

Dated: January 26, 2005                ANDRUS & ASSOCIATES

By:   /s/ Randy M. Andrus
      RANDY M. ANDRUS
      Attorney for Plaintiff,
      MOHAMED E. LASHEEN

-2-
STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO COMPEL DISCOVERY
(Case No. CIV.S 01-0227 LLK PAN)

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

PDF created with pdfFactory trial version www.pdffactory.com

**O R D E R**

On the Stipulation of the parties, and good cause appearing, it is Ordered that the hearing on Loomis' motion to compel discovery will be held on Wednesday, March 8, 2006, at 9:00 a.m.

Dated:   January 30, 2006.

　　　　　　　　　　　　　　　　　　　　/s/ Peter A. Nowinski
　　　　　　　　　　　　　　　　　　　　PETER A. NOWINSKI
　　　　　　　　　　　　　　　　　　　　Magistrate Judge

-3-
STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO COMPEL DISCOVERY
(Case No. CIV.S 01-0227 LLK PAN)

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**BARGER & WOLEN** LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800

PDF created with pdfFactory trial version www.pdffactory.com