Randy M. Andrus
Parkshore Plaza
620 Coolidge Drive, Suite 165
Folsom, CA 95630
Telephone: (916) 608-9090
Facsimile: (916) 608-9797

Attorney for
Plaintiff MOHAMED E. LASHEEN

Shannon M. Hansen (SBN 173250)
Kirkland & Ellis
777 S. Figueroa Street
Los Angeles, California 90017
Telephone: (213) 680-8400
Facsimile:  (213) 680-8500

Attorneys for
UNITED PAYORS & UNITED PROVIDERS
and BCE EMERGIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED E. LASHEEN, | CASE NO. CIV S-01-227 LKK(PAN) |
| Plaintiff, | The Hon. Lawrence K. Karlton |
| vs. | **STIPULATION AND ORDER** |
| THE LOOMIS COMPANY; EMBASSY OF THE ARAB REPUBLIC OF EGYPT; THE ARAB REPUBLIC OF EGYPT CULTURAL AND EDUCATIONAL BUREAU; UNITED PAYORS & UNITED PROVIDERS; and BCE EMERGIS, | |
| Defendants. | |

## **Stipulation to Dismiss with Prejudice**

MOHAMED E. LASHEEN, Plaintiff, and UNITED PAYORS & UNITED PROVIDERS and BCE EMERGIS, Defendants, through their respective counsel, hereby move the Court to dismiss this case with prejudice, and in support of their motion hereby state as follows:

1. The parties have reached a settlement of the issues raised by the claims and affirmative defenses in this action, and wish to dismiss the Plaintiff's claims with prejudice.

2. The parties agree that they will bear their own fees and expenses incurred in connection with this case.

WHEREFORE, the parties respectfully request that the Court enter an order dismissing with prejudice the claims in this case.

DATED: _____  ANDRUS & ASSOCIATES

By: signature on original
    Randy M. Andrus

Attorney for Plaintiff Mohamed E. Lasheen

DATED: _____  KIRKLAND & ELLIS

By: signature on original
    Shannon M. Hansen

Attorneys for
UNITED PAYORS & UNITED PROVIDERS and BCE EMERGIS

## **ORDER**

It is hereby ordered that this case be dismissed as to plaintiff's claims against United Payors & United Providers and BCE Emergis.

DATED: February 22, 2006.

/s/Lawrence K. Karlton
Lawrence K. Karlton
Senior Judge