UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MOHAMED LASHEEN,

         Plaintiff,

    v.

THE LOOMIS COMPANY, et al.,

         Defendants.
_____/

NO. CIV. S-01-227 LKK/PAN

O R D E R

    By an order filed November 7, 2005, the court allowed the attorney for the Embassy of the Arab Republic of Egypt, the Arab Republic of Egypt, and the Cultural Educational Bureau to withdraw as counsel of record for those defendants. The court further directed the above-mentioned parties that they were required to have counsel appear on their behalf at the December 19, 2005 Status Conference.

    Those entities having failed to appear through counsel at the Status Conference, the court hereby ORDERS that:

    1. The answer to the complaint filed on September 4, 2003 is STRICKEN;

1

1       2.  The Clerk is directed to ENTER DEFAULT against the
2  Embassy of the Arab Republic of Egypt, the Arab Republic of
3  Egypt, and the Cultural Educational Bureau as to the complaint
4  and the cross-claim by defendant The Loomis Company; and
5       3.  Both plaintiff and defendant Loomis Company are
6  directed to move for default judgment before the assigned
7  magistrate judge within thirty (30) days.
8       IT IS SO ORDERED.
9       DATED:  March 1, 2006.

                                /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT