UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MOHAMED LASHEEN,

        Plaintiff,

    v.

THE LOOMIS COMPANY, et al.,

        Defendants.

                          NO. CIV. S-01-227 LKK/PAN

                          O R D E R

    At oral argument, the court indicated a need for further briefing on the question of diversity jurisdiction in light of the order entering default against the Embassy of the Arab Republic of Egypt, the Arab Republic of Egypt, and the Cultural Educational Bureau.

    Plaintiff and defendant shall SUBMIT briefs not later than March 20, 2006 which address whether this court has diversity jurisdiction to hear this matter if default has been entered against the Egyptian government parties.[1]  The court will set

---

[1] The court is interested in the jurisdiction question irrespective of the outcome of the ERISA question currently before

1

```
1  the matter for further argument if necessary.
2       IT IS SO ORDERED.
3       DATED:  March 2, 2006.
4                                    /s/Lawrence K. Karlton
                                     LAWRENCE K. KARLTON
5                                    SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT
```

---

26  the court.