UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MOHAMED LASHEEN,

      Plaintiff,

  v.

THE LOOMIS COMPANY, et al.,

      Defendants.
_____/

NO. CIV. S-01-227 LKK/PAN

O R D E R

On March 10, 2006, the court conducted a telephonic status conference with the parties in the above-captioned case. RANDY ANDRUS appeared as counsel for plaintiff. KATHLEEN DYER appeared as counsel for defendant Loomis Company. At the conference, the court ORDERED defendant Loomis Co. to inform the court whether or not it will seek interlocutory appeal and if they choose to do so, whether the Circuit has agreed to accept the interlocutory appeal.

////

////

1

1      Pending the above determinations, the court hereby STAYS
2 further proceedings in this case.
3      IT IS SO ORDERED.
4      DATED: March 9, 2006.

                                   /s/Lawrence K. Karlton
                                   LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT