1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                       EASTERN DISTRICT OF CALIFORNIA
10
11  MOHAMED LASHEEN,
                                          NO. CIV. S-01-227 LKK/PAN
12           Plaintiff,

13       v.                                     O R D E R

14  THE LOOMIS COMPANY, et al.,

15           Defendants.
                                        /
16

17      The court is in receipt of a courtesy copy of defendant
18  Loomis Co.'s petition to the U.S. Court of Appeals for the Ninth
19  Circuit for permission to bring an interlocutory appeal.  The
20  court previously determined that a stay was appropriate in the
21  above-captioned case pending the Court of Appeals' determination
22  on the petition and any subsequent decision if the petition is
23  granted.
24  ////
25  ////
26  ////

1

```
 1        The Clerk is therefore directed to ADMINISTRATIVELY
 2   TERMINATE the case.  The parties shall inform the court within
 3   ten (10) days of the any decision issued by the Court of
 4   Appeals.
 5        IT IS SO ORDERED.
 6        DATED:  March 21, 2006.
 7                                    /s/Lawrence K. Karlton
                                      LAWRENCE K. KARLTON
 8                                    SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT
 9
10
...
26
```