UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MOHAMED LASHEEN,

        Plaintiff,

   v.

THE LOOMIS COMPANY, et al.,

        Defendants.

                       NO. CIV. S-01-227 LKK/JFM

                       <u>O R D E R</u>

    The court has received the ex parte application by the Embassy of the Republic of Egypt, the Arab Republic of Egypt, and the Cultural and Educational Bureau ("Egyptian defendants") to continue the hearing currently set for December 10, 2007 to January 28, 2008. That application was granted. The Egyptian defendants are ORDERED to show cause as to why sanctions should not be imposed to recompense the other parties and the court for the delay and inconvenience. They shall file their reply within ten (10) days of the date of this order. The opposing parties may file, if they choose, a reply within ten (10) days

1

1  thereafter.
2      The court also observes that default was entered against
3  the Egyptian defendants on March 2, 2006. If the Egyptian
4  defendants seek to gain standing to contest the plaintiff's and
5  defendant Loomis' joint motion, they must move to set aside the
6  entry of default in accordance with the Federal Rules of Civil
7  Procedure.
8      IT IS SO ORDERED.
9      DATED: December 7, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT