UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


**ORDER OF REASSIGNMENT**


Pursuant to the Retirement of Judge Peter A. Nowinski, and good cause

appearing therefore:

IT IS HEREBY ORDERED this action is reassigned from **Magistrate Judge**

Peter A. Nowinski to **Magistrate Judge** Edmund F. Brennan for all purposes.

The new case number for this action, which must be used on all future documents

filed with the court, is: 2:01-cv-0227 LKK EFB.

All dates currently set in this reassigned actions shall remain pending subject to

further order of the court.


Dated:  **February 25, 2008**

GARLAND E. BURRELL, JR.
United States District Judge