UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MOHAMED LASHEEN,

        NO. CIV. S-01-227 LKK/JFM

    Plaintiff,

  v.                        O R D E R

THE LOOMIS COMPANY, et al.,

    Defendants.
_____/

    The court is in receipt of the stipulation between Lasheen and Loomis, in which Loomis has waived any defense under the Foreign Sovereign Immunities Act against Lasheen. The parties are free to enter into whatever stipulations they wish, but it does appear appropriate or necessary for the court to approve such stipulations, especially in light of the effect such approval might have on the Egyptian defendants/cross-defendants.

    IT IS SO ORDERED.

    DATED: March 12, 2008.

                                 LAWRENCE K. KARLTON
                                 SENIOR JUDGE
                                 UNITED STATES DISTRICT COURT