IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MOHAMMED E. LASHEEN,

      Plaintiff,   No. CIV S-01-0227 LKK EFB

  vs.

THE LOOMIS COMPANY, et al.,

      Defendants.   <u>ORDER</u>
_____/

AND RELATED CROSS CLAIM
_____/

      Plaintiff's application for entry of default judgment was filed on March 10, 2008. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(19) and 28 U.S.C. § 636(b)(1).

      On July 22, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days.   No objections were filed.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The Findings and Recommendations filed July 22, 2008, are adopted in full;

2. The application for entry of default judgment filed by Loomis is denied without prejudice to renewal upon submission of additional briefing and evidence consistent with the magistrate judge's findings and recommendations; and,

3. The application for entry of default judgment filed by Lasheen is denied without prejudice to renewal upon submission of additional briefing and evidence consistent with the magistrate judge's findings and recommendations.

DATED: September 23, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2