UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MOHAMED LASHEEN,

        Plaintiff,

    v.

THE LOOMIS COMPANY, et al.,

        Defendants.
_____/

NO. CIV. S-01-227 LKK/EFB

O R D E R

    The court is in receipt of the Mandate from the Ninth Circuit in the above-captioned case.

    Plaintiff is to file a notice of whether it wishes to continue litigation not later than twenty-one (21) days from the date of this order.

    IT IS SO ORDERED.

    DATED: June 9, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1