UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MOHAMED LASHEEN,

Plaintiff,

v.

THE LOOMIS COMPANY, et al.,

Defendants.

/

NO. CIV. S-01-227 LKK/JFM

O R D E R

Plaintiff, an Egyptian national, brought claims against defendants, including the Egyptian Embassy and other Egyptian defendants, for violations of the Employee Retirement Income Security Act ("ERISA"). The Ninth Circuit has remanded this case to this court to determine whether the Foreign Sovereign Immunities Act ("FSIA") immunizes the Egyptian defendants against plaintiff's claims. Embassy of the Arab Republic of Egypt v. Lasheen, 603 F.3d 1166 (9th Cir. 2010).

Although the parties have previously briefed this issue, the court finds that renewed briefing is appropriate.

For the foregoing reasons, the court ORDERS as follows:

1. Defendants SHALL file a motion for summary judgment on this issue on or before August 2, 2010.
2. Plaintiff SHALL file an opposition or statement of non-opposition to defendants' motion on or before August 16, 2010.
3. Defendant MAY file a reply brief on or before August 23, 2010.
4. Hearing on this matter is SET for August 30, 2010, at 10:00 a.m. in Courtroom Four.

IT IS SO ORDERED.

DATED: July 8, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT