IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MOHAMMED E. LASHEEN,

    Plaintiff,                                   No. CIV S-01-0227 LKK EFB

    vs.

THE LOOMIS COMPANY, et al.,

    Defendants.                             <u>ORDER</u>

AND RELATED CROSS-CLAIM.

        Cross-Claimant Loomis Company's Motion for Default Judgment came on regularly for hearing before the assigned magistrate judge on October 20, 2010. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19) and 28 U.S.C. § 636(b)(1).

        On March 7, 2011, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. The Egyptian defendants filed objections on March 21, 2011, and they were considered by the undersigned.

////

This court reviews de novo those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); <u>McDonnell Douglas Corp. v. Commodore Business Machines</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert</u>. <u>denied</u>, 455 U.S. 920 (1982). As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law. <u>See</u> <u>Orand v. United States</u>, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. <u>See</u> <u>Britt v. Simi Valley Unified Sch. Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed March 7, 2011, are adopted in full;

2. Loomis's application for entry of default judgment against the Egyptian defendants is granted; and

3. Loomis is awarded $270,419.65 in attorneys fees and costs, plus $55,195.06 in pre-judgment interest, for a total of $325,614.71, to be to be paid by the Egyptian defendants.

4. The Egyptian defendants may file a motion or stipulation for a stay of the fee award within fourteen (14) days of the issuance of this order.

DATED: April 15, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT