IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MOHAMMED E. LASHEEN,

     Plaintiff,

vs.

THE LOOMIS COMPANY, et al.,

     Defendants.
                                  /

AND RELATED CROSS CLAIM
                                  /

No. 2:01-cv-0227-LKK-EFB

ORDER

Presently noticed for hearing on October 3, 2012 is plaintiff's motion for default judgment.[1] Dckt. No. 345. On September 19, 2012, the Egyptian defendants filed an ex parte request for a continuance of the October 3 hearing and an extension of time to respond to the motion for default judgment. Dckt. No. 353. The Egypt defendants contend that they need additional time to respond to the motion because the motion "contain[s] several hundred pages of exhibits and documents and will require significant time for review and response." *Id.* at 2. The Egyptian defendants also contend that they need additional time because defense counsel "has been involved in several other matters that were unanticipated," and because "[t]he Defendant is

---

[1] This matter was referred to the undersigned pursuant to Local Rule 302(c)(19). *See* 28 U.S.C. § 636(b)(1).

1

a country which is currently experiencing significant disruption in its operation as a result of a revolution and recent elections," and as a result, defense counsel "has been unable to coordinate with Defendants." *Id.* Defendants note that they attempted to obtain plaintiff's counsel's consent to the continuance and extension of time, "but did not receive a return call."[2] *Id.*

Although plaintiff filed objections to the ex parte request for a continuance and extension on September 20, 2012, Dckt. No. 354, in light of the Egyptian defendants' representations addressed above, their request for a continuance and an extension of time to file an opposition to the default judgment motion will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. The Egyptian defendants' request for a continuance and an extension of time, Dckt. No. 353, is granted.

2. The October 3, 2012 hearing on plaintiff's motion for default judgment, Dckt. No. 345, is continued to December 5, 2012 at 10:00 a.m. in Courtroom No. 24.

3. The Egyptian defendants shall file an opposition to the motion, or a statement of non-opposition thereto, no later than November 14, 2012.

4. Failure of the Egyptian defendants to file an opposition will be deemed a statement of non-opposition to the motion, and may result in a recommendation that the motion be granted.

5. Plaintiff may file a reply to the Egyptian defendants' opposition, if any, on or before November 21, 2012.

SO ORDERED.

DATED: September 24, 2012.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[2] Local Rule 144, which permits matters to be heard on shortened time, provides that "[a]pplications to shorten time shall set forth by affidavit of counsel the circumstances claimed to justify the issuance of an order shortening time [and] will not be granted except upon affidavit of counsel showing a satisfactory explanation for the need for the issuance of such an order and for the failure of counsel to obtain a stipulation for the issuance of such an order from other counsel or parties in the action."