IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MOHAMMED E. LASHEEN,[1]

    Plaintiff,

vs.

THE LOOMIS COMPANY, et al.,

    Defendants.
_____/

AND RELATED CROSS CLAIM,
_____/

No. 2:01-cv-0227-LKK-EFB

ORDER

        The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19) and 28 U.S.C. § 636(b)(1). On December 5, 2012, the magistrate judge held a hearing on plaintiff's motion for entry of default judgment against the Arab Republic of Egypt, the Embassy of the Arab Republic of Egypt, and the Cultural and Educational Bureau (collectively, the "Egyptian defendants").

        On March 21, 2013, the magistrate judge filed findings and recommendations

---

[1] Although the court previously granted the application to substitute "Abdallah Mohamed Albadre (A.M. El-Bradry)" as the personal representative of the estate of the decedent and named plaintiff, Mohammed E. Lasheen (see Dckt. Nos. 28 and 29), the parties, this court and the Ninth Circuit have continued to use the original caption for this action. That practice is continued with this order.

1

herein which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff and defendants filed objections on April 4, 2013. Plaintiff filed a response to defendants' objections on April 11, 2013. Those filings were considered by the undersigned.

This court reviews de novo those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982). As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed March 21, 2013, are adopted in full;

2. Lasheen's application for entry of default judgment against the Egyptian defendants, Dckt. No. 345, is granted in part, as provided in the magistrate judge's findings and recommendations; and

3. Lasheen is awarded the following amount against the Egyptian defendants, jointly and severally: $200,000, based on defendants' violation of 29 U.S.C. § 1132(a)(1)(B); $54,926 in pre-judgment interest; and $226,251.63 in attorney's fees, for a total of $481,177.63.

DATED: September 24, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT