UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

Mohammed E. Lasheen

    v.

The Loomis Company, et al

_____

DEFAULT JUDGMENT

Case No. CIV S-2:01-cv-0227 LKK EFB

      **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

      **Arab Republic of Egypt, The Embassy of the Arab Republic of Egypt, and the Cultural and Educational Bureau**

jointly and severally, for the amounts of: $200,000.00, based on Defendants' violation of 29 U.S.C. § 1132(a)(1)(B), $54,926.00 in pre-judgment interest, and $226,251.63 in attorney's fees, for a total of $481,177.63.

September 24, 2013

MARIANNE MATHERLY, CLERK

      /s/ G. Michel
By:  _____
G. Michel, Deputy Clerk