UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED E. LASHEEN, | No. 2:01-cv-0227-KJM-EFB |
| Plaintiff, | |
| v. | STATUS ORDER |
| THE LOOMIS COMPANY, et al., | |
| Defendants. | |

AND RELATED CROSS-CLAIMS

The court held a status conference in this case on March 2, 2016. Minutes, ECF No. 384. Randy Andrus appeared for plaintiff Mohamed Lasheen, and John Hermina appeared for defendants, the Arab Republic of Egypt, the Embassy of the Arab Republic of Egypt, and the Cultural and Education Bureau. After reviewing the parties' joint status report and discussing the case with counsel at the status conference, the court orders that any motions for updated attorneys' fees or regarding execution of the judgment shall be noticed for hearing no later than **June 3, 2016**. This order may be modified only with leave of the court and for good cause.

IT IS SO ORDERED.

DATED: March 25, 2016

UNITED STATES DISTRICT JUDGE

1