UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

Mohamed E. Lasheen

    v.

The Loomis Company, et al

_____

AMENDED DEFAULT JUDGMENT

Case No.  2:01-CV-227 KJM EFB

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendants:

    Arab Republic of Egypt, The Embassy of the Arab Republic of Egypt, and the Cultural and Educational Bureau

Judgment is ENTERED in the total amount of $549,826,06.

August 4, 2016

VICTORIA C. MINOR, CLERK

By: /s/ L. Reader, Deputy Clerk