AT-138, EJ-125

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Randy M. Andrus, Esq. (CA SBN 116745)<br>ANDRUS LAW FIRM, LLC<br>299 S. Main Street, Suite 1300<br>Salt Lake City, Utah 84111-2241<br>TELEPHONE NO.: 801-535-4645   FAX NO.:<br>ATTORNEY FOR *(Name):* MOHAMMED E. LASHEEN | |
| NAME OF COURT: U.S. District Court, Eastern District of California<br>STREET ADDRESS: 501 "I" Street, Room 4-200<br>MAILING ADDRESS: 501 "I" Street, Room 4-200<br>CITY AND ZIP CODE: Sacramento, CA 95814<br>BRANCH NAME: Robert T. Matsui Federal Courthouse | |
| PLAINTIFF: MOHAMMED E. LASHEEN<br>DEFENDANT: EMBASSY OF THE ARAB REPUBLIC OF EGYPT, ET | |
| **APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION**<br>[✓] ENFORCEMENT OF JUDGMENT   [ ] ATTACHMENT (Third Person)<br>[✓] Judgment Debtor   [ ] Third Person | CASE NUMBER:<br>2:01-cv-00227-KJM-EFB |

**ORDER TO APPEAR FOR EXAMINATION**

1. TO *(name):* THE ARAB REPUBLIC OF EGYPT (Person Most Knowledgeable) (30)(b)(6)
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. [✓] furnish information to aid in enforcement of a money judgment against you.
   b. [✓] answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. [✓] answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

Date: March 8, 2017   Time: 9:30 a.m.   Dept. or Div.:   Rm.: 8 (13th Floor)
Address of court [✓] shown above [✓] is: 501 "I" Street, Sacramento, CA 95814

3. This order may be served by a sheriff, marshal, registered process server, or the following specially appointed person *(name):*

Date: 12/22/16
_____
JUDGE OR REFEREE

This order must be served not less than 10 days before the date set for the examination.
**IMPORTANT NOTICES ON REVERSE**

**APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION**

4. [✓] Judgment creditor   [ ] Assignee of record   [ ] Plaintiff who has a right to attach order
   applies for an order requiring *(name):* THE ARAB REPUBLIC OF EGYPT   to appear and furnish information to aid in enforcement of the money judgment or to answer concerning property or debt.
5. The person to be examined is
   a. [✓] the judgment debtor.
   b. [ ] a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.
6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
7. [ ] This court is **not** the court in which the money judgment is entered or *(attachment only)* the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
8. [ ] The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: December 15, 2016

RANDY M. ANDRUS   ▶ _____
(TYPE OR PRINT NAME)                  (SIGNATURE OF DECLARANT)

(Continued on reverse)

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>AT-138, EJ-125 [Rev. July 1, 2000] | **APPLICATION AND ORDER<br>FOR APPEARANCE AND EXAMINATION**<br>(Attachment—Enforcement of Judgment) | Code of Civil Procedure,<br>§§ 491.110, 708.110, 708.120 |

## APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)

**NOTICE TO JUDGMENT DEBTOR** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

## APPEARANCE OF A THIRD PERSON
## (ENFORCEMENT OF JUDGMENT)

**(1) NOTICE TO PERSON SERVED** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

**(2) NOTICE TO JUDGMENT DEBTOR** The person in whose favor the judgment was entered in this action claims that the person to be examined pursuant to this order has possession or control of property which is yours or owes you a debt. This property or debt is as follows *(Describe the property or debt using typewritten capital letters)*:
SEE ACCOMPANYING NOTICE OF POST-JUDGMENT DEPOSITION AND EXAMINATION TO AND OF JUDGMENT DEBTORS

If you claim that all or any portion of this property or debt is exempt from enforcement of the money judgment, you must file your exemption claim in writing with the court and have a copy personally served on the judgment creditor not later than three days before the date set for the examination. You must appear at the time and place set for the examination to establish your claim of exemption or your exemption may be waived.

## APPEARANCE OF A THIRD PERSON (ATTACHMENT)

**NOTICE TO PERSON SERVED** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the plaintiff in this proceeding.

## APPEARANCE OF A CORPORATION, PARTNERSHIP, ASSOCIATION, TRUST, OR OTHER ORGANIZATION

It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents, or other persons who are familiar with your property and debts.

**Randy M. Andrus (CA SBN 116745)**
**ANDRUS LAW FIRM, LLC**
299 South Main Street, Suite 1300
Salt Lake City, Utah 84111
Telephone: (801) 535-4645
Email:  Randy@andrusfirm.com

Attorney for Plaintiff/Judgment Creditor
**MOHAMED E. LASHEEN**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MOHAMED E. LASHEEN**,<br><br>         Plaintiff/Judgment Creditor,<br>v.<br><br>**THE LOOMIS COMPANY; EMBASSY OF THE ARAB REPUBLIC OF EGYPT; THE ARAB REPUBLIC OF EGYPT; CULTURAL AND EDUCATIONAL BUREAU; UNITED PAYORS & UNITED PROVIDERS;** and **BCE EMERGIS**,<br><br>         Defendants/Judgment Debtors,<br><br>**THE LOOMIS COMPANY,**<br><br>         Cross-Complainant,<br>v.<br><br>**THE EMBASSY OF THE ARAB REPUBLIC OF EGYPT; THE ARAB REPUBLIC OF EGYPT; THE CULTURAL AND EDUCATIONAL BUREAU;** and **DOES** 1 through 15, inclusive,<br><br>         Cross-Defendants. | CASE NO.  2:01-cv-00227 KJM-EFB<br><br>**NOTICE OF POST-JUDGMENT DEPOSITIONS AND EXAMINATIONS TO AND OF JUDGMENT DEBTORS** |

1

**NOTICE OF POST-JUDGMENT DEPOSITIONS AND EXAMINATIONS TO AND OF JUDGMENT DEBTORS**

| | |
|---|---|
| **PROPOUNDING PARTY:** | **JUDGMENT CREDITOR, MOHAMED E. LASHEEN** |
| **RESPONDING PARTIES:** | **JUDGMENT DEBTORS, EMBASSY OF THE ARAB REPUBLIC OF EGYPT, THE ARAB REPUBLIC OF EGYPT, AND THE CULTURAL AND EDUCATIONAL BUREAU** |

**PLEASE TAKE NOTICE** that on the dates and times listed on **EXHIBIT A** hereto, Judgment Creditor, **MOHAMED E. LASHEEN**, pursuant to the Federal *Rules of Civil Procedure*, including Rules 26-30, including 30(b)(6), Rules 69 and 30, and California *Code of Civil Procedure* §§ 491.110, 708.110, *et seq*. will take the depositions and examinations of each designated deponent listed on **EXHIBIT A,** whose addresses are well known to them and their attorneys, designated by them, upon oral examination, before a certified shorthand reporter notary public.  Said depositions will continue from day to day until completed.

**PLEASE TAKE FURTHER NOTICE** that the deposing party intends to cause the proceedings to be recorded stenographically, by a method that provides for the instant visual display of the testimony received (i.e., "Live Notes") and/or by videotape.

**DATED:**  December 15, 2016        **ANDRUS LAW FIRM, LLC**


BY:  /s/ Randy M. Andrus
**RANDY M. ANDRUS**
Attorney for Plaintiff/Judgment Creditor
**MOHAMED E. LASHEEN**

**NOTICE OF POST-JUDGMENT DEPOSITIONS AND EXAMINATIONS TO AND OF JUDGMENT DEBTORS**

# EXHIBIT A

**DEPONENT**                                    **DATE/TIME**         **LOCATION**

A.  **PERSON MOST KNOWLEDGEABLE**   03-08-17  9:30 am   501 "I" Street

   of The Arab Republic of Egypt                         Courtroom 8 (13th Floor)
                                                          Sacramento, CA 95814

Pursuant to the Federal *Rules of Civil Procedure*, Rule 30(b)(6), Defendant/Judgment Debtor, **THE ARAB REPUBLIC OF EGYPT**, is required to designate and have appear the officer, director, or managing agent who is **the most knowledgeable person** regarding the following matters and topics:

1. All assets of any Judgment Debtor used for any commercial purpose located anywhere in the United States of America (*see* accompanying Post-Judgment Interrogatories, Set 1, Interrogatory No. 1 and Post-Judgment Requests for Production of Documents, Set 1, Request No. 1).
2. All financial accounts of any Judgment Debtor used for any commercial purpose located anywhere in the United States of America (*see* accompanying Post-Judgment Interrogatories, Set 1, Interrogatory No. 2 and Post-Judgment Requests for Production of Documents, Set 1, Request No. 2).
3. All commercial debt (whether monetary or otherwise) owed to any Judgment Debtor by any entity (whether natural person, corporation, partnership, business, institution, enterprise, government, or otherwise) located in the United States of America (*see* accompanying Post-Judgment Interrogatories, Set 1, Interrogatory No. 3 and Post-Judgment Requests for Production of Documents, Set 1, Request No. 3).
4. All commercial debt (whether monetary or otherwise) owed to any Judgment Debtor by any entity (whether natural person, corporation, partnership, business, institution, enterprise, government, or otherwise) whether or not located in the United States of America (*see* accompanying Post-Judgment Interrogatories, Set 1, Interrogatory No. 4 and Post-Judgment Requests for Production of Documents, Set 1, Request No. 4).
5. Any entity (whether natural person, corporation, partnership, business, institution, enterprise, government, or otherwise) with whom any Judgment Debtor does any commercial dealings with in the United States of America (*see* accompanying Post-Judgment Interrogatories, Set 1, Interrogatory No. 5 and Post-Judgment Requests for Production of Documents, Set 1, Request No. 5).
6. All commercial airline activities for any Judgment Debtor to and/or from the United States of America currently and/or within the last five years (*see* accompanying Post-Judgment Interrogatories, Set 1, Interrogatory No. 6 and Post-Judgment Requests for Production of Documents, Set 1, Request No. 6).