UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED E. LASHEEN, | No. 2:01-cv-0227-KJM-EFB |
| Plaintiff, | |
| v. | ORDER |
| THE LOOMIS COMPANY, et al., | |
| Defendants. | |
| AND RELATED CROSS-CLAIMS. | |

      Plaintiff filed a motion to compel defendants to provide responses to post-judgement discovery requests, which is currently set for hearing on August 9, 2017. ECF Nos. 421, 424. On July 12, 2017, defendants filed a request for an extension of time to file a response to plaintiff's motion, explaining that defendants' counsel has had to attend to a number of matters, including preparation for trial in a different case, that have made it difficult to prepare an adequate response to plaintiff's motion. ECF No. 425. Defendants request an extension until August 1, 2017, to file a response to plaintiff's motion. *Id*.

      Good cause appearing, it is hereby ORDERED that:

      1. Defendants' request for an extension of time to respond to plaintiff's motion to compel (ECF No. 425) is granted.

1

2. The hearing on plaintiff's motion to compel (ECF No. 421) is continued to August 30, 2017.

3. Defendants shall file an opposition to the motion, or a statement of non-opposition thereto, no later than August 1, 2017.

4. Failure to file an opposition to the motion will be deemed a statement of non-opposition thereto, and may result in plaintiff's motion being granted.

5. Plaintiff may file a reply to defendants' opposition, if any, on or before August 9, 2017.

DATED: July 17, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE