UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED E. LASHEEN,<br><br>Plaintiff,<br><br>v.<br><br>THE LOOMIS COMPANY, et al.,<br><br>Defendants. | No. 2:01-cv-0227-KJM-EFB<br><br><br><br>ORDER |
| AND RELATED CROSS-CLAIMS. | |

This case was before the court on October 4, 2017, for hearing on defendants the Arab Republic of Egypt, Embassy of the Arab Republic of Egypt, and the Cultural and Educational Bureau's motion for sanctions against plaintiff's counsel, Randy Andrus. ECF No. 435. Attorney John Hermina appeared on behalf of the defendants; Attorney Randy Andrus appeared on behalf of plaintiff.

For the reasons stated on the record, defendants' motion is denied.

DATED: October 4, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE