UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

Mohamed E. Lasheen

    v.

Loomis Company, et al

_____

**AMENDED DEFAULT JUDGMENT**

Case No.  2:01-CV-227 KJM EFB

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendants:

    Arab Republic of Egypt, The Embassy of the Arab Republic of Egypt, and the Cultural and Educational Bureau

    Judgment is ENTERED in the total amount of $594,925,97.

September 21, 2023

    KEITH HOLLAND, CLERK

    By: /s/ L. Reader, Deputy Clerk